UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANGIAFRIDDA,<br><br>    Appellants,<br><br>v.<br><br>WELLS FARGO BANK N.A,<br><br>    Appellee. | Case No. 17-cv-01682-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 6 |

On July 24, 2017, Appellants requested that the Court extend the filing deadline for their opening brief to July 28, 2017. *See* Dkt. No. 5. On July 27, 2017, the Court granted the request. Dkt. No. 6. Yet Appellants failed to file their opening brief by the new deadline, and as of the date of this order, they still have not filed their brief.

The Court ORDERS Appellants to show cause why the case should not be dismissed for failing to file their opening brief by the July 28, 2017, deadline. Appellants must file a statement of two pages or less by August 14, 2017, responding to this order to show cause.

**IT IS SO ORDERED.**

Dated: 8/4/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge