United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANGIAFRIDDA,<br><br>        Appellants,<br><br>    v.<br><br>WELLS FARGO BANK N.A,<br><br>        Appellee. | Case No. 17-cv-01682-HSG<br><br>**ORDER SETTING HEARING**<br><br>Re: Dkt. No. 7 |

On August 4, 2017, the Court issued an order to show cause why Appellants' claims in the above-entitled matter should not be dismissed for failure to prosecute. *See* Dkt. No. 7. Appellants failed to respond by the August 14, 2017, deadline.

THE COURT hereby SETS a hearing on August 28, 2017, at 2:00 p.m., regarding the order to show cause. If Appellants fail to appear, the case shall be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also* Fed. R. Bankr. P. 8003(a)(2).

**IT IS SO ORDERED.**

Dated: 8/17/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge