UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANGIAFRIDDA,<br><br>    Appellants,<br><br>    v.<br><br>WELLS FARGO BANK N.A,<br><br>    Appellee. | Case No. 17-cv-01682-HSG<br><br>**ORDER DISMISSING CASE** |

On March 27, 2017, Appellants John and Sandra Mangiafridda filed a notice of appeal from U.S. Bankruptcy Court. Dkt. No. 1. However, they never filed their opening brief, even after the Court granted an extension of time at their request. *See* Dkt. No. 6. The Court issued an order to show cause why Appellants' claims should not be dismissed for failure to prosecute. *See* Dkt. No. 7. Appellants failed to respond by the August 14, 2017, deadline. The Court then set a hearing regarding the order to show cause, warning Appellants that the case may be dismissed if they failed to appear. Dkt. No. 8. Nevertheless, Appellants failed to appear at the August 28, 2017 hearing, or otherwise respond to the Court's orders. The Court therefore dismisses this action without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also* Fed. R. Bankr. P. 8003(a)(2). The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 8/29/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge